# MINUTES

```
                                              FILED IN THE
                                      UNITED STATES DISTRICT COURT
                                           DISTRICT OF HAWAII
                                         12/20/2005 4:30 PM
                                           SUE BEITIA, CLERK
```

**CASE NUMBER:** CV 04-00221ACK-LEK

**CASE NAME:** Rowena Akana and Ronald Bongiovanni   vs. American Airlines, Inc.

**INTERPRETER:**

---

**JUDGE:** JUDGE LESLIE E. KOBAYASHI           **REPORTER:**

**DATE:** 12/20/2005                          **TIME:**

                                              **ROOM:** LEK CHAMBERS

**COURT ACTION:** EO

Further Settlement Conference set for 01/19/2006 09:00:00 AM before LEK.

cc: all counsel

Submitted by: Warren N. Nakamura, Courtroom Manager

*Created: 12/20/2005 09:12:48 AM*                          Document: 33168219