ORIGINAL

7-2

Of Counsel:
SAKAI IWANAGA SUTTON
LAW GROUP

WAYNE M. SAKAI 696-0
MICHIRO IWANAGA 2022-0
201 Merchant Street
Suite 2307 City Financial Tower
Honolulu, Hawaii 96813
Telephone No. (808) 792-3888
Fax No. (808) 521-5262

Attorneys for Defendant
AMERICAN AIRLINES, INC.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 2 9 2005

at __4__ o'clock and __00__ min. __P__ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ROWENA AKANA and RONALD BONGIOVANNI, <br><br> Plaintiffs, <br><br> vs. <br><br> AMERICAN AIRLINES, INC., <br><br> Defendant. | CIVIL NO. 04 00221 ACK LEK <br><br> CERTIFICATE OF SERVICE |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the document listed below was duly served on the party below at their last known address by hand delivery, on December 29, 2005.

DOCUMENT(S) SERVED:

    1. NOTICE OF TAKING DEPOSITIONS UPON ORAL EXAMINATION

PARTY(Y)(IES) SERVED:

    Sherry P. Broder, Esq.
    Davies Pacific Center, Suite 800
    841 Bishop Street
    Honolulu, Hawaii 96813
    Attorney for Plaintiffs

    DATED: Honolulu, Hawaii, December 28, 2005.

    WAYNE M. SAKAI
    MICHIRO IWANAGA

    Attorneys for Defendant AMERICAN
    AIRLINES, INC.