ORIGINAL

Of Counsel:
SAKAI IWANAGA SUTTON
LAW GROUP

WAYNE M. SAKAI          696-0
MICHIRO IWANAGA        2022-0
201 Merchant Street
Suite 2307 City Financial Tower
Honolulu, Hawaii    96813
Telephone No.:    792-3888
Fax No.:          521-5262

Attorneys for Defendant
AMERICAN AIRLINES, INC.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 0 4 2006

at ___ o'clock and ___ min. __M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ROWENA AKANA and RONALD BONGIOVANNI, <br><br> Plaintiffs, <br><br> vs. <br><br> AMERICAN AIRLINES, INC., <br><br> Defendant. | CIVIL NO. 04-00221 ACK LEK <br><br> CERTIFICATE OF SERVICE <br><br> (Notice of Taking Deposition Upon Written Questions and Questions) <br><br> (Straub Clinic & Hospital; Tuesday, January 10, 2006) |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on _____JAN 04 2006_____,

a copy of the foregoing document was served upon the following

parties by delivering same, or by depositing said copy in the

United States mail, postage prepaid, addressed as follows:

```
            SHERRY P. BRODER, ESQ.
            Suite 800 Davies Pacific Center
            841 Bishop Street
            Honolulu, Hawaii   96813

            Attorney for Plaintiffs

                                          JAN 0 4 2006
DATED:   Honolulu, Hawaii,_____.


                            _____
                            WAYNE M. SAKAI
                            MICHIRO IWANAGA

                            Attorneys for Defendant
                            AMERICAN AIRLINES, INC.
```