ORIGINAL

Of Counsel:
SAKAI IWANAGA SUTTON
LAW GROUP

WAYNE M. SAKAI        696-0
MICHIRO IWANAGA       2022-0
201 Merchant Street
Suite 2307 City Financial Tower
Honolulu, Hawaii    96813
Telephone No.:    792-3888
Fax No.:          521-5262

Attorneys for Defendant
AMERICAN AIRLINES, INC.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 1 0 2006

at 9 o'clock and ___ min. ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ROWENA AKANA and<br>RONALD BONGIOVANNI,<br><br>　　　　　　　Plaintiffs,<br><br>　vs.<br><br>AMERICAN AIRLINES, INC.,<br><br>　　　　　　　Defendant. | ) CIVIL NO. 04-00221 ACK LEK<br>)<br>) CERTIFICATE OF SERVICE<br>)<br>) [Notice of Taking Deposition Upon<br>) Written Questions, Questions, Exhibit A]<br>)<br>) [Tues., Jan. 17, 2006: Custodian of<br>) Records: Queen's Medical Center]<br>) |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on _____JAN 1 0 2006_____,
a copy of the foregoing document was served upon the following
parties by delivering same, or by depositing said copy in the
United States mail, postage prepaid, addressed as follows:

```
            SHERRY P. BRODER, ESQ.
            Suite 800 Davies Pacific Center
            841 Bishop Street
            Honolulu, Hawaii   96813

            Attorney for Plaintiffs

                                          JAN 0 9 2006
DATED:   Honolulu, Hawaii, _____.


                          _____
                          WAYNE M. SAKAI
                          MICHIRO IWANAGA

                          Attorneys for Defendant
                          AMERICAN AIRLINES, INC.
```

-2-