# MINUTES

FILED IN THE<br>
UNITED STATES DISTRICT COURT<br>
DISTRICT OF HAWAII<br>
<br>
1/13/2006  4:30 pm<br>
<br>
SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 04-00221ACK-LEK |
| CASE NAME: | Rowena Akana, et al. Vs. American Airlines, Inc. |
| ATTYS FOR PLA: | |
| ATTYS FOR DEFT: | |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | |
| DATE: | 1/13/2006 | TIME: | |

COURT ACTION:  EO: Plaintiffs' Request dated 1/12/2006 is Granted.  Regarding the Further Settlement Conference set for **9:00 1/19/06** before Magistrate Judge Leslie E. Kobayashi.

The representative of Rawlings Company LLC (Herb Deitelbaum) is to be available by phone for the Further Settlement Conference.

Cc: all counsel

Submitted by: Warren N. Nakamura, Courtroom Manager