# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

1/19/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 04-00221ACK-LEK |
| CASE NAME: | Rowena Akana, et al. Vs. American Airlines, Inc. |
| ATTYS FOR PLA: | Sherry P. Broder |
| ATTYS FOR DEFT: | Wayne M. Sakai |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | In Chambers-No Record; FTR-Courtroom 7 |
| DATE: | 1/19/2006 | TIME: | 9:00–12:40; **FTR 12:41-12:45** |

COURT ACTION:  EP: Further Settlement Conference held.  Settlement reached.

Settlement on the Record held.  Terms stated.  Trial date and all deadlines are Vacated. Magistrate Judge Leslie E. Kobayashi to recommend to Judge Alan C. Kay to enter Order for Dismissal with Prejudice.

Submitted by: Warren N. Nakamura, Courtroom Manager