```
              IN THE UNITED STATES DISTRICT COURT

                 FOR THE DISTRICT OF HAWAII

ROWENA AKANA, et al.,          )   CIVIL NO. 04-00221 ACK-LEK
                               )
         Plaintiff,            )
                               )   ORDER OF DISMISSAL
    vs.                        )
                               )
AMERICAN AIRLINES, INC.,       )
                               )
         Defendant.            )
_____)
```

ORDER OF DISMISSAL

The court having been advised by counsel for the parties that the above-entitled proceeding has been settled, and

GOOD CAUSE APPEARING THEREFORE,

IT IS ORDERED that this action is hereby dismissed with prejudice, each party to bear its own costs and attorneys' fees. The court retains jurisdiction to reopen the proceeding, upon good cause shown, if the settlement conditions have not been satisfied timely.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, January 20, 2006.



_____
Alan C. Kay
Senior United States District Judge