AO 88 (Rev. 1/94) Subpoena in a Civil Case

# Issued by the
## UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 29 2006

at ___ o'clock and ___ min ___ M
SUE BEITIA, CLERK

| | |
|---|---|
| ROWENA AKANA and RONALD BONGIOVANNI, <br> Plaintiffs, <br> V. <br> AMERICAN AIRLINES, INC., <br> Defendant. | **SUBPOENA IN A CIVIL CASE** <br><br> CASE NUMBER: 04-00221 ACK LEK <br><br> SUBPOENA DUCES TECUM <br> and EXHIBIT A |

TO: CUSTODIAN OF RECORDS: STRAUB CLINIC & HOSPITAL
888 SOUTH KING STREET
HONOLULU, HAWAII 96813  PH: 522-4285

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | |
| | DATE AND TIME |
| | |

☒ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| HONOLULU REPORTING SERVICES <br> Suite 401, 1000 Bishop Street <br> Honolulu, Hawaii 96813 (PH: 524-6288) | TUESDAY <br> JANUARY 10, 2006 <br> 8:00 O'CLOCK A.M. |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects): **ANY AND ALL** medical records, reports, x-ray reports, laboratory reports, patient's billing records/statements, correspondence, consultation records/reports, records and writings of any kind or nature whatsoever, etc., pertaining to patient: ROWENA AKANA (DOB: 1/15/43; SSN: 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; Address:5562 Kalanianaole Hwy,Honolulu) (SEE BACK)

| PLACE | DATE AND TIME |
|---|---|
| same as above | same as above |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| [signature] Attorneys for Defendant AMERICAN AIRLINES, INC. | January 4, 2006 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
WAYNE M. SAKAI 696-0, MICHIRO IWANAGA 2022-0, Sakai Iwanaga Sutton Law Group, 201 Merchant Street, Suite 2307, Honolulu, Hawaii 96813(792-3888)

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

[1] If action is pending in district other than district of issuance, state district under case number.

Chanell A. Chock
*Chanell O. Chock*

AO 88 (Rev. 1/94) Subpoena in a Civil Case

## UPDATED RECORDS ONLY FOR THE PERIOD AUGUST 2005 TO PRESENT

### AUTHORIZATION ATTACHED AS EXHIBIT A

### PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| SERVED | JAN 5 2006   0900 hours | 888 South King Street  Honolulu, Hi 96813 |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|
| Straub Clinic & Hospital | Straub Clinic & Hospital thru its COR, Chanell Chock, duly authorized to accept service of process |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| DOUGLAS A. CLARK  Process Server | DOUGLAS A. CLARK  Process Server |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on   JAN 5 2006
               DATE

SIGNATURE OF SERVER

ADDRESS OF SERVER
Douglas A. Clark
46-125 Aeloa Street
Kaneohe, Hawaii 96744
542-3288

---

Rule 45, Federal Rules of Civil Procedure, Parts C & D:

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction which may include, but is not limited to, lost earnings and reasonable attorney's fee.

(2) (A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3) (A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i) fails to allow reasonable time for compliance;
(ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c)(3)(B)(iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held, or

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or
(iv) subjects a person to undue burden.

(B) If a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or
(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or
(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena, or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA.

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

Aug-23-2005 01:12pm   From-SHERRY P BRODER ATTORNEY AT LAW         808-531-8411        T-922  P.003/003  F-020

I hereby authorize the use or disclosure of my individually identifiable health information as described below. I understand that this authorization is voluntary.

Patient name: ROWENA AKANA

AKA: _____   Date of birth: January 15, 1943

Address: 5562 Kalanianaole Highway, Honolulu, HI 96821

Telephone: Work 377-5391   Home: _____   SSN: 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

This authorization covers the period from 4/2002 (Date) to 8/2005 (Date)

1) I would like to ☐ Review ☐ Copy ☒ Send the following information

Only Records relating to Knee Injury beginning 2001 &ongoing with Dr. all.

Select from the following (check as many as apply):
- ☒ Complete Record
- ☒ Discharge Summary
- ☒ Laboratory tests results
- ☐ AIDS or HIV Infection/HIV Testing
- ☐ Treatment for alcohol and/or drug abuse
- ☐ Mental health or psychiatric services (excluding psychotherapy notes)
- ☐ Other (please specify) _____
- ☒ Progress Notes
- ☒ History and Physical Examination
- ☒ Pathology reports
- ☒ ER Records
- ☒ X-ray reports results
- ☒ X-ray Films
- ☒ Consultation Reports
- ☒ Surgery reports
- ☒ Billing Records
- ☐ Photographs, videotapes, digital or other images

Note: Release of Psychotherapy Notes, as defined by HIPAA Regulations, requires a separate authorization

2) If my records contain any information about:
- ☐ AIDS or HIV infection or venereal disease
- ☐ Treatment for alcohol and/or drug abuse
- ☐ Mental health or psychiatric services

☐ I do or ☐ I do not authorize the release of this information. Initials: _____

3) This information is to be disclosed for the purpose of: ☐ Continuing Health Care ☐ Insurance ☒ Legal Purposes
☐ Other (specify) _____

TO:
Name: SAKAI IWANAGA SUTTON LAW GROUP
Address: 201 Merchant Street, Suite 2307   Telephone: 792-3888
City: Honolulu   State: HI   Zip: 96813

4) I understand that if the organization authorized to receive the information is not a health plan or health care provider, the released information may no longer be protected by federal privacy regulations.

5) Straub Clinic & Hospital, its employees, officers, and physicians are released from any legal responsibility or liability for releasing the requested information as authorized.

6) The patient or the patient's representative must read and initial the following statements:
a. Initials: _____ I understand that this authorization will expire on __/__/__ or upon the following event or condition _____ unless revoked earlier.
b. Initials: _____ I understand that I may revoke this authorization at any time by notifying this facility in writing. I also understand that revoking this authorization will not apply to any information released by this facility before they received the revocation. (See our Notice of Privacy Practices for instructions)

Form MUST be completed before signing)

Signature: [signed]   Print Name: Rowena Akana   Date: 8/19/05

If signed by someone other than the patient, please describe your authority to act on behalf of the Patient: _____

You may refuse to sign this authorization – Straub Clinic & Hospital will not condition treatment or payment on the authorization being signed

**Straub**
CLINIC & HOSPITAL

AUTHORIZATION FOR RELEASE OF MEDICAL INFORMATION

Medical Reports Service
888 South King Street
Honolulu, HI 96813
Tel: (808) 522-4285
Fax: (808) 522-3207
Mon-Fri: 8am-5pm
(Closed on weekends)

EXHIBIT A